**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01982-AP

CHRIS M. NAUD,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:                                    For Defendant:

Kenneth J. Shakeshaft                             JOHN F. WALSH
Attorney for Plaintiff                            United States Attorney
1530 S. Tejon Street                              KEVIN TRASKOS
Colorado Springs, CO 80905                        Chief, Civil Division
719-635-5886                                      United States Attorney's Office
office@shakeshaftlawfirm.com                      District of Colorado
                                                  Telephone:   (303) 454-0184
                                                  kevin.traskos@usdoj.gov

                                                  NADIA N. SULLIVAN
                                                  Special Assistant U. S. Attorney
                                                  Nadia.sullivan@ssa.gov
                                                  Office of the General Counsel
                                                  Social Security Administration
                                                  1001 Seventeenth Street
                                                  Denver, CO 80202
                                                  Telephone: (303) 844-1949

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

**A.      Date Complaint Was Filed:** August 18, 2010.
**B.      Date Complaint Was Served on U.S. Attorney's Office:** August 23, 2010.
**C.      Date Answer and Administrative Record Were Filed:**   October 25, 2010.

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:**  To the best of his knowledge, the record is complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**     None anticipated.
**Defendant states:**   None anticipated.

**6.      STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

None.

**8.      BRIEFING SCHEDULE**

**A.      Plaintiffs Opening Brief Due:**        December 15, 2010**.**
**B.      Defendant's Response Brief Due:**    January 14, 2011.
**C.      Plaintiffs Reply Brief (If Any) Due:** January 31, 2011.

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.      Plaintiffs Statement:** Plaintiff does not request oral argument.
**B.      Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this ___17th___ day of November, 2010.

BY THE COURT:


_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kenneth J. Shakeshaft<br>Kenneth J. Shakeshaft<br>1530 S. Tejon Street<br>Colorado Springs, CO 80905<br>719-635-5886<br>office@shakeshaftlawfirm.com<br>Attorney for Plaintiff | DAVID F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br><br>By: s/Nadia N. Sullivan<br>     NADIA N. SULLIVAN<br>     Special Assistant U. S. Attorney<br>     Office of the General Counsel<br>     Social Security Administration<br>     1001 Seventeenth Street<br>     Denver, CO 80202<br>     Telephone: (303) 844-1949<br>     Nadia.sullivan@ssa.gov<br>     Attorneys for Defendant. |